**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE, WILMINGTON DIVISION

Case number *(if known)* _____    Chapter ___7___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Ovanti US Inc. |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 33-2818315 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 750 Lexington Ave. New York, NY 10022 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| New York | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    https://www.ovanti.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  Ovanti US Inc.    Case number (*if known*) _____
      Name

**7.  Describe debtor's business**  A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
     5132

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  Ovanti US Inc.                                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**      .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    Ovanti US Inc.
        Name

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/14/2026
        MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Joshua Quinn
Printed name

Title    Director & Authorized Representative

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   3/15/26
    MM / DD / YYYY

David Klauder
Printed name

Bielli & Klauder
Firm name

1204 N. King Street
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone   (302) 803-4600      Email address   dklauder@bk-legal.com

5769 DE
Bar number and State

# United States Bankruptcy Court
## District of Delaware, Wilmington Division

In re    Ovanti US Inc.                                Case No. _____

                                      Debtor(s)          Chapter      7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for \_\_Ovanti US Inc.\_\_ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Ovanti Ltd.
481A New South Head Road
Double Bay, NSW 2028, Australia

☐ None [*Check if applicable*]

March 15, 2026
Date

/s/ David Klauder

David Klauder
Signature of Attorney or Litigant
Counsel for    Ovanti US Inc.
Bielli & Klauder
1204 N. King Street
Wilmington, DE 19801
(302) 803-4600  Fax:
dklauder@bk-legal.com

**RESOLUTION AUTHORIZING FILING OF**
**CHAPTER 7 BANKRUPTCY PETITION FOR RELIEF**

I, Joshua Quinn, being the Sole Director (the "Director") of Ovanti US Inc. (the "Company"), a Delaware corporation, do hereby adopt the below enumerated resolutions:

**WHEREAS**, the Director has considered the financial aspects of the Company;

**WHEREAS**, the Director has determined that the Company shall file a voluntary petition (the "Bankruptcy Proceeding") under the provisions of chapter 7 of title 11 of the United States Code, as amended (the "Bankruptcy Code"); and

**WHEREAS**, the Director has reviewed and considered the Company's options and the recommendations of professionals and advisors to the Company as to the terms of the proposed liquidation to be implemented during the Bankruptcy Proceeding.

NOW, THEREFORE, IT IS HEREBY RESOLVED:

1.      It is desirable and in the best interests of the Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 7 of the Bankruptcy Code, with said petition to be filed in the United States Bankruptcy Court for the District of Delaware.

2.      The Director authorizes and empowers Joshua Quinn to be the Authorized Representative of the Company, with the power and authority to execute and file on behalf of the Company all petitions, schedules, lists, affidavits, motions and other papers or documents, and to take any and all action which the Company deems necessary or proper to obtain such relief, if, in the judgment of the Company, the Company is adequately prepared prior to such filing, and to appear at any meetings, hearings or conferences on behalf of the Company in the Bankruptcy Proceeding.

3.      The Authorized Representative is authorized and empowered to employ, on behalf of the Company, Bielli & Klauder, LLC, a law firm with experience and expertise in the areas of bankruptcy liquidations of businesses in similar situations to that of the Company.

4.      The Authorized Representative is authorized and empowered on behalf of the Company to take or cause to be taken all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each in his discretion may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

5.      All of the acts and transactions that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name of and on behalf of the Company prior to the effective date of these resolutions are hereby in all respects approved, confirmed, and ratified.

Facsimile or electronic mail submissions of the signatures provided for below may be relied upon and shall have the same force and effect as the original of such signature.

This consent to action is effective as of the date below.

IN WITNESS WHEREOF, the undersigned has executed this written consent as of the date written below.

Dated:  March 15, 2026

**Ovanti US Inc.**

By: _____

Name: Joshua Quinn, Sole Director

# United States Bankruptcy Court
## District of Delaware, Wilmington Division

In re   Ovanti US Inc.                                                        Case No.
                                           Debtor(s)                  Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the Director & Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.

Date:    March 15, 2026                    /s/  Joshua Quinn
                                            Joshua Quinn/Director & Authorized Representative
                                           Signer/Title

Aasma Shopoff


Armada Labs
9410 Corkscrew Palms Cir., Ste. 203
Estero, FL 33928


Ascent CFO Solutions
2806 Speer Blvd.
Denver, CO 80211


Attlassian


AWS


Barbara Badelt Ford


Bruce Brenkus
325 Acker Rd.
Belton, SC 29627


Cogency Global
122 E. 42 St., 18th Floor
New York, NY 10168


Daniel Crisologo
22215 62nd Avenue NW
Stanwood, WA 98282


Digital Media Innovations LLC
770 North Halsted Street, Suite 501
Chicago, IL 60642


Edison Investment Research
20 Red Lion Street
WC1R 4PS London England United Kingdom


Github


Goodwin Proctor
100 Northern Ave.
Boston, MA 02210


Google Cloud


Idology Inc.
2300 Windy Ridge Pkwy SE
Atlanta, GA 30339


Jacek Serafinski


John Disarlo

John Lunn dba Gr4vy, Inc.
303 Twin Dolphin Drive
Redwood City, CA 94065


Kim Bratzel
618 Nelson Road
Mount Nelson TAS 7007 Australia


Madris Consulting
Greystones Church Street
Sherborne England DT9 6LG United Kingdom


Mercury Credit Card
Card Services, PO Box 84064
Columbus, GA 31908


Ovanti Limited
481A New South Head Rd.
Double Bay NSW 2028, Australia


Peter Maher


Rahger That LLC
8600 East Alamdea Avenue
Denver, CO 80247


Robert Ortega
1418 Adams, 105
Denver, CO 80206


Ruobing Leng
21B. Birdwood Street
Bentleigh East VIC 3165, Australia


Senler Studio LLC
5255 Winthrop Ave.
Indianapolis, IN 46220


Speedway Globe LLC
5555 Concord Parkway South
Concord, NC 28027


Thelemata LLC
4825 Eagle Rock Circle
Colorado Springs, CO 80918


Thrive Tribe Technologies Limited
Level 57 MLC Center  19-29 Martin Place
Sydney NSW 2000 Australia


Tonka Group Pty Limited
28 Wentworth Street
Dover Heights NSW 2030 Australia

William Murray


Yiping Zeng
Building 6 Yard 1, Intermediate Peoples
Wuling Avenue, Beihu District, Chenzhou