# Notice Recipients

District/Off: 0311−1         User: admin         Date Created: 3/16/2026

Case: 26−10372−BLS         Form ID: van313         Total: 4

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| tr | George L. Miller | gmiller@mctllp.com |
| aty | David M. Klauder | dklauder@bk−legal.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Ovanti US Inc. | 750 Lexington Ave. | New York, NY 10022 | |

TOTAL: 1