# Notice Recipients

District/Off: 0311−1          User: admin                    Date Created: 3/16/2026
Case: 26−10372−BLS           Form ID: 309C                  Total: 36

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
20551966   AWS
20551962   Aasma Shopoff
20551965   Attlassian
20551967   Barbara Badelt Ford
20551973   Github
20551976   Jacek Serafinski
20551977   John Disarlo
20551991   William Murray

                                                                              TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Ovanti US Inc.      750 Lexington Ave.      New York, NY 10022
tr      George L. Miller      1628 John F. Kennedy Blvd.      Suite 950      Philadelphia, PA 19103−2110
aty     David M. Klauder      Bielli & Klauder, LLC      1204 N. King Street      Wilmington, DE 19801
20551963   Armada Labs      9410 Corkscrew Palms Cir., Ste. 203      Estero, FL 33928
20551964   Ascent CFO Solutions      2806 Speer Blvd.      Denver, CO 80211
20551968   Bruce Brenkus      325 Acker Rd.      Belton, SC 29627
20551969   Cogency Global      122 E. 42 St., 18th Floor      New York, NY 10168
20551970   Daniel Crisologo      22215 62nd Avenue NW      Stanwood, WA 98282
20551994   Department of Labor      Division of Unemployment Insurance      P.O. Box 9953      Wilmington, DE 19809
20551971   Digital Media Innovations LLC      770 North Halsted Street, Suite 501      Chicago, IL 60642
20551972   Edison Investment Research      20 Red Lion Street      WC1R 4PS London England United Kingdom
20551974   Goodwin Proctor      100 Northern Ave.      Boston, MA 02210
20551975   Google Cloud      Idology Inc.      2300 Windy Ridge Pkwy SE      Atlanta, GA 30339
20551978   John Lunn dba Gr4vy, Inc.      303 Twin Dolphin Drive      Redwood City, CA 94065
20551979   Kim Bratzel      618 Nelson Road      Mount Nelson TAS 7007 Australia
20551980   Madris Consulting      Greystones Church Street      Sherborne England DT9 6LG United Kingdom
20551981   Mercury Credit Card      Card Services, PO Box 84064      Columbus, GA 31908
20551982   Ovanti Limited      481A New South Head Rd.      Double Bay NSW 2028, Australia
20551983   Peter Maher      Rahger That LLC      8600 East Alamdea Avenue      Denver, CO 80247
20551984   Robert Ortega      1418 Adams, 105      Denver, CO 80206
20551985   Ruobing Leng      21B. Birdwood Street      Bentleigh East VIC 3165, Australia
20551986   Senler Studio LLC      5255 Winthrop Ave.      Indianapolis, IN 46220
20551987   Speedway Globe LLC      5555 Concord Parkway South      Concord, NC 28027
20551993   State of Delaware      Division of Revenue      820 N. French Street, 8th Floor      Wilmington, DE 19801−0820
20551988   Thelemata LLC      4825 Eagle Rock Circle      Colorado Springs, CO 80918
20551989   Thrive Tribe Technologies Limited      Level 57 MLC Center 19−29 Martin Place      Sydney NSW 2000 Australia
20551990   Tonka Group Pty Limited      28 Wentworth Street      Dover Heights NSW 2030 Australia
20551992   Yiping Zeng      Building 6 Yard 1, Intermediate Peoples      Wuling Avenue, Beihu District, Chenzhou

                                                                              TOTAL: 28