| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor** | **Ovanti US Inc.** <br> Name | EIN: 33–2818315 | |
| United States Bankruptcy Court   District of Delaware <br><br> Case number:   26–10372–BLS | | Date case filed for chapter:   7   3/15/26 | |

## Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                    10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Valid picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302–573–6491).**

| | | |
|---|---|---|
| **1. Debtor's full name** | Ovanti US Inc. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 750 Lexington Ave. <br> New York, NY 10022 | |
| **4. Debtor's attorney** <br> Name and address | David M. Klauder <br> Bielli & Klauder, LLC <br> 1204 N. King Street <br> Wilmington, DE 19801 | Contact phone 302–803–4600 <br><br> Email:  dklauder@bk–legal.com |
| **5. Bankruptcy trustee** <br> Name and address | George L. Miller <br> 1628 John F. Kennedy Blvd. <br> Suite 950 <br> Philadelphia, PA 19103–2110 | Contact phone 215–561–0950 <br><br> Email:  gmiller@mctllp.com |
| **6. Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 824 Market Street, 3rd Floor <br> Wilmington, DE 19801 | Hours open: Monday – Friday 8:00 AM – 4:00 PM <br><br> Contact phone 302–252–2900 <br><br> Date: 3/16/26 |
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **April 23, 2026 at 11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. All times listed are in EST. | Location: **Zoom video meeting. Go to www.Zoom.us/join, Enter Meeting ID: 653 180 0746, Passcode: 7131311419, OR Call 1(267) 362–3487** <br><br> For additional information go to https://www.deb.uscourts.gov/virtual–§–341–meetings–creditors |
| **8. Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

United States Bankruptcy Court

District of Delaware

In re:

Ovanti US Inc.

Debtor

Case No. 26-10372-BLS

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2026 | Form ID: 309C | Total Noticed: 27 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ovanti US Inc., 750 Lexington Ave., New York, NY 10022-1200 |
| 20551963 | + | Armada Labs, 9410 Corkscrew Palms Cir., Ste. 203, Estero, FL 33928-6425 |
| 20551964 | + | Ascent CFO Solutions, 2806 Speer Blvd., Denver, CO 80211-4225 |
| 20551968 | + | Bruce Brenkus, 325 Acker Rd., Belton, SC 29627-8376 |
| 20551969 | + | Cogency Global, 122 E. 42 St., 18th Floor, New York, NY 10168-1899 |
| 20551970 | + | Daniel Crisologo, 22215 62nd Avenue NW, Stanwood, WA 98292-9040 |
| 20551972 | | Edison Investment Research, 20 Red Lion Street, WC1R 4PS London England United Kingdom |
| 20551974 | + | Goodwin Proctor, 100 Northern Ave., Boston, MA 02210-1982 |
| 20551975 | + | Google Cloud, Idology Inc., 2300 Windy Ridge Pkwy SE, Atlanta, GA 30339-8562 |
| 20551978 | + | John Lunn dba Gr4vy, Inc., 303 Twin Dolphin Drive, Redwood City, CA 94065-1497 |
| 20551979 | | Kim Bratzel, 618 Nelson Road, Mount Nelson TAS 7007 Australia |
| 20551980 | | Madris Consulting, Greystones Church Street, Sherborne England DT9 6LG United Kingdom |
| 20551982 | | Ovanti Limited, 481A New South Head Rd., Double Bay NSW 2028, Australia |
| 20551983 | + | Peter Maher, Rahger That LLC, 8600 East Alamdea Avenue, Denver, CO 80247-1101 |
| 20551984 | + | Robert Ortega, 1418 Adams, 105, Denver, CO 80206-2638 |
| 20551985 | | Ruobing Leng, 21B. Birdwood Street, Bentleigh East VIC 3165, Australia |
| 20551986 | + | Senler Studio LLC, 5255 Winthrop Ave., Indianapolis, IN 46220-3573 |
| 20551987 | + | Speedway Globe LLC, 5555 Concord Parkway South, Concord, NC 28027-4600 |
| 20551988 | + | Thelemata LLC, 4825 Eagle Rock Circle, Colorado Springs, CO 80918-3928 |
| 20551989 | | Thrive Tribe Technologies Limited, Level 57 MLC Center 19-29 Martin Place, Sydney NSW 2000 Australia |
| 20551990 | | Tonka Group Pty Limited, 28 Wentworth Street, Dover Heights NSW 2030 Australia |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: dklauder@bk-legal.com | Mar 16 2026 20:28:00 | David M. Klauder, Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801 |
| tr | EDI: BGLMILLER | Mar 17 2026 00:24:00 | George L. Miller, 1628 John F. Kennedy Blvd., Suite 950, Philadelphia, PA 19103-2110 |
| 20551994 | + Email/Text: michael.brittingham@delaware.gov | Mar 16 2026 20:28:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 20551971 | + Email/Text: stephanie.banks@notified.com | Mar 16 2026 20:28:00 | Digital Media Innovations LLC, 770 North Halsted Street, Suite 501, Chicago, IL 60642-5999 |
| 20551981 | + Email/Text: Mercury@ebn.phinsolutions.com | Mar 16 2026 20:28:00 | Mercury Credit Card, Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 20551993 | + Email/Text: REV_Bankruptcy_General@state.de.us | Mar 16 2026 20:28:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |

TOTAL: 6

District/off: 0311-1 | User: admin | Page 2 of 2
Date Rcvd: Mar 16, 2026 | Form ID: 309C | Total Noticed: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20551966 | | AWS |
| 20551962 | | Aasma Shopoff |
| 20551965 | | Attlassian |
| 20551967 | | Barbara Badelt Ford |
| 20551973 | | Github |
| 20551976 | | Jacek Serafinski |
| 20551977 | | John Disarlo |
| 20551991 | | William Murray |
| 20551992 | | Yiping Zeng, Building 6 Yard 1, Intermediate Peoples, Wuling Avenue, Beihu District, Chenzhou |

TOTAL: 9 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David M. Klauder | on behalf of Debtor Ovanti US Inc. dklauder@bk-legal.com  DE17@ecfcbis.com |
| George L. Miller | gmiller@mctllp.com  lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 3