**Fill in this information to identify the case:**

Debtor name    Ovanti US Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE, WILMINGTON DIVISION

Case number (if known) 26-10372-BLS

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 30, 2026    **X**   */s/ Joshua Quinn*
                                                    Signature of individual signing on behalf of debtor

                                                    Joshua Quinn
                                                    Printed name

                                                    Director & Authorized Representative
                                                    Position or relationship to debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Ovanti US Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE, WILMINGTON DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Mercury Bank | Checking | 2537 | $4,518.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**      **$4,518.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Office rent security deposit | $6,899.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Retainer to Welham Carter Consulting for recruiting services | $25,000.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Ovanti US Inc. | Case number (If known) | 26-10372-BLS |
|--------|----------------|------------------------|--------------|
| | Name | | |

8.2. Anthem Blue Cross Blue Shield medical insurance ............................................................... $14,811.85

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   $46,710.85

<hr>

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**     **All other assets**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   Ovanti US Inc.                                    Case number *(If known)*   26-10372-BLS
         Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No.   Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Ovanti US Inc.                                              Case number *(If known)*   26-10372-BLS
          Name

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,518.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $46,710.85 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $51,228.85 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $51,228.85 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Ovanti US Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE, WILMINGTON DIVISION

Case number (if known)    26-10372

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    Ovanti US Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE, WILMINGTON DIVISION

Case number (if known)    26-10372-BLS

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.1**    Priority creditor's name and mailing address
Aasma Shopoff
559 Liberty Street
San Francisco, CA 94114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $11,565.16    **Priority amount** Unknown

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages and Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.2**    Priority creditor's name and mailing address
Barbara Badelt Ford
28 Kirkwood Road, Unit B
Port Washington, NY 11050

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $13,918.65    **Priority amount** Unknown

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages and Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.3**    Priority creditor's name and mailing address
Jacek Serafinski
16311 Wild Mallard Drive
Odessa, FL 33556

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $9,562.70    **Priority amount** Unknown

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages and Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Ovanti US Inc. | Case number (if known) | 26-10372-BLS |
|---|---|---|---|
| | Name | | |

**2.4** Priority creditor's name and mailing address
John DiSarlo
347 Lakeview Avenue
Rockville Centre, NY 11570

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,159.52    Unknown

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages and Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
Peter Maher
310 Cheyenne Street
Golden, CO 80403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,405.44    Unknown

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages and Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address
William Murray
90 Players Club Villas Road
Palm Valley, FL 32082

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,157.99    Unknown

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages and Benefits

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Armada Labs
9410 Corkscrew Palms Cir., Ste. 203
Estero, FL 33928

**Date(s) debt was incurred** January 31, 2026
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt
Is the claim subject to offset?    ☒ No    ☐ Yes

$117,480.00

**3.2** **Nonpriority creditor's name and mailing address**
Ascent CFO Solutions
1035 Pearl St, Suite 407
Boulder, CO 80302

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt
Is the claim subject to offset?    ☒ No    ☐ Yes

$5,073.75

---

| Debtor | Ovanti US Inc. | Case number (if known) | 26-10372-BLS |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,400.00 |
|---|---|---|---|

Bruce Brenkus
325 Acker Rd.
Belton, SC 29627

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,581.63 |
|---|---|---|---|

Daniel Crisologo
22215 62nd Avenue NW
Stanwood, WA 98282

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $900.00 |
|---|---|---|---|

Digital Media Innovations LLC
770 North Halsted Street, Suite 501
Chicago, IL 60642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40,000.00 |
|---|---|---|---|

Edison Investment Research
2100 Abacus Avenue
London WB52 0PP GB

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $75,246.20 |
|---|---|---|---|

Goodwin Proctor
100 Northern Ave.
Boston, MA 02210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** January 21, 2026

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 |
|---|---|---|---|

Idology Inc.
2300 Windy Ridge Pkwy SE
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** January 31, 2026

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,000.00 |
|---|---|---|---|

John Lunn dba Gr4vy, Inc.
303 Twin Dolphin Drive
Redwood City, CA 94065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|

Kim Bratzel
618 Nelson Road
Mount Nelson TAS 7007 Australia

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor  Ovanti US Inc.
      Name

Case number (if known)    26-10372-BLS

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,000.00 |
|---|---|---|---|

Madris Consulting
Greystones Church Street
Sherborne England DT9 6LG United Kingdom

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** February 3, 2026

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,363.00 |
|---|---|---|---|

Mercury Financial Credit Card
P.O. Box 84064
Columbus, GA 31908

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Credit Card Purchases

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,164,170.25 |
|---|---|---|---|

Ovanti Limited
481A New South Head Rd.
Double Bay NSW 2028, Australia

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Inter-company Loan

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,949.65 |
|---|---|---|---|

Rahger That LLC
8600 East Alamdea Avenue
Denver, CO 80247

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $800.00 |
|---|---|---|---|

Robert Ortega
1418 Adams, 105
Denver, CO 80206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,600.00 |
|---|---|---|---|

Ruobing Leng
21B. Birdwood Street
Bentleigh East VIC 3165, Australia

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,600.00 |
|---|---|---|---|

Senler Studio LLC
5255 Winthrop Ave.
Indianapolis, IN 46220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200,000.00 |
|---|---|---|---|

Speedway Globe LLC
5555 Concord Parkway South
Concord, NC 28027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Ovanti US Inc.
_____
Name

Case number (if known)  26-10372-BLS

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,207.94 |

**Nonpriority creditor's name and mailing address**
Thelemata LLC
4825 Eagle Rock Circle
Colorado Springs, CO 80918

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.20 Nonpriority creditor's name and mailing address**
Thrive Tribe Technologies Limited
Level 57 MLC Center
19-29 Martin Place
Sydney NSW 2000 Australia

**As of the petition filing date, the claim is:** Check all that apply.   $1,650.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.21 Nonpriority creditor's name and mailing address**
Tonka Group Pty Limited
28 Wentworth Street
Dover Heights NSW 2030 Australia

**As of the petition filing date, the claim is:** Check all that apply.   $7,400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.22 Nonpriority creditor's name and mailing address**
Yiping Zeng
Building 6 Yard 1, Intermediate Peoples Court,
Wuling Avenue, Beihu District,
Chenzhou Hunan Province 423000 China

**As of the petition filing date, the claim is:** Check all that apply.   $7,400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** January 26, 2026
**Last 4 digits of account number** _

**Basis for the claim:** Business Debt
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 64,769.46 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,707,872.42 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 2,772,641.88 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Ovanti US Inc.

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE, WILMINGTON DIVISION

Case number (if known)     26-10372-BLS

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Official Form 206G                 **Schedule G: Executory Contracts and Unexpired Leases**                 Page 1 of 1

**Fill in this information to identify the case:**

Debtor name   Ovanti US Inc.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE, WILMINGTON DIVISION

Case number (if known)   26-10372-BLS

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 | Street / City  State  Zip Code | | ☐ D / ☐ E/F / ☐ G |
| 2.2 | Street / City  State  Zip Code | | ☐ D / ☐ E/F / ☐ G |
| 2.3 | Street / City  State  Zip Code | | ☐ D / ☐ E/F / ☐ G |
| 2.4 | Street / City  State  Zip Code | | ☐ D / ☐ E/F / ☐ G |

**Fill in this information to identify the case:**

Debtor name     Ovanti US Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE, WILMINGTON DIVISION

Case number (if known)   26-10372-BLS

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2026 to Filing Date | ☒ Operating a business | $0.00 |
| | ☐ Other | |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| Please see attached. | | | |

---

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **1**

| Debtor | Ovanti US Inc. | Case number *(if known)* | 26-10372-BLS |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Peter Maher<br>310 Cheyenne Street<br>Golden, CO 80403<br>Chief Executive Officer | | $350,000.00 | Annual salary |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

Debtor    Ovanti US Inc.                                           Case number *(if known)*    26-10372-BLS

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Bielli & Klauder<br>1204 N. King Street<br>Wilmington, DE 19801 | Attorney Fee | March 13, 2026 | $20,338.00 |
| **Email or website address**<br>dklauder@bk-legal.com | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **3**

Debtor   Ovanti US Inc.                                                         Case number *(if known)*   26-10372-BLS

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Official Form 207             **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                             page **4**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

| Debtor | Ovanti US Inc. | Case number *(if known)* | 26-10372-BLS |
| --- | --- | --- | --- |

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
| --- | --- |

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
| --- | --- | --- |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
        ☒ None

| Name and address | Date of service<br>From-To |
| --- | --- |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

        ☒ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

        ☒ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Ovanti US Inc.                                              Case number *(if known)*   26-10372-BLS

☒ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Peter Maher | 310 Cheyenne Street Golden, CO 80403 | Chief Executive Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joshua Quinn | PO Box Q1823 QVB NSW 1230 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ovanti Ltd. | 481A New South Head Road, Double Bay, NSW 2028, Australia | Shareholder | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   Ovanti US Inc.                                                     Case number *(if known)*   26-10372-BLS

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      March 30, 2026

 */s/ Joshua Quinn*                                    Joshua Quinn
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      Director & Authorized Representative

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

---

**Accounts Payable Transactions**
OVANTI US INC.
For the period December 1, 2025 to March 15, 2026

| Date | Contact | Description | Reference | Debit | Related account |
|---|---|---|---|---|---|
| **2000 - Accounts Payable** | | | | | |
| **Opening Balance** | | | | **0.00** | |
| 10 Dec 2025 | Thelemata LLC | Payment: Thelemata, LLC | 005 | 827.58 | 1072 - Bill.com Money Out Clearing |
| 30 Dec 2025 | Zachary Bretz | Payment: Zachry Bretz | 002 | 1,000.00 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Kim Bratzel | Payment: Kim Bratzel | 4/2026 - Kim Bratzel | 1,100.00 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Kim Bratzel | Payment: Kim Bratzel | 1/2026 - Kim Bratzel | 1,100.00 | 1072 - Bill.com Money Out Clearing |
| 22 Dec 2025 | Senler Studio LLC | Payment: Senler Studio LLC | 0000268 | 1,320.00 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Sheppard, Mullin, Richter & Hampton LLP | Hampton LLP | 290135642 | 1,334.00 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Senler Studio LLC | Payment: Senler Studio LLC | 0000269 | 1,800.00 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Yiping Zeng | Payment: Yiping Zeng | 1/2025 | 1,900.00 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Yiping Zeng | Payment: Yiping Zeng | 2/2025 | 2,000.00 | 1072 - Bill.com Money Out Clearing |
| 09 Dec 2025 | Kim Bratzel | Payment: Kim Bratzel | 2/2025 - Kim Bratzel | 2,300.00 | 1072 - Bill.com Money Out Clearing |
| 10 Dec 2025 | Thelemata LLC | Payment: Thelemata, LLC | 006 | 2,437.28 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Ruobing Leng | Payment: Ruobing Leng | 1/2026 | 2,650.00 | 1072 - Bill.com Money Out Clearing |
| 10 Dec 2025 | Zachary Bretz | Payment: Zachry Bretz | 001 | 3,000.00 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Ruobing Leng | Payment: Ruobing Leng | 3/2025 | 3,000.00 | 1072 - Bill.com Money Out Clearing |
| 16 Dec 2025 | Ruobing Leng | Payment: Ruobing Leng | 1/2025 Ruobing Leng | 3,150.00 | 1072 - Bill.com Money Out Clearing |
| 16 Dec 2025 | Insidea, Inc | Payment: Insidea, Inc | INV-3207 | 3,600.00 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Kim Bratzel | Payment: Kim Bratzel | 3/2025 - Kim Bratzel | 3,800.00 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Yiping Zeng | Payment: Yiping Zeng | 1/2026 | 3,950.00 | 1072 - Bill.com Money Out Clearing |
| 19 Dec 2025 | Ruobing Leng | Payment: Ruobing Leng | 2/2025 | 4,000.00 | 1072 - Bill.com Money Out Clearing |
| 16 Dec 2025 | Madris Consulting | Payment: Madris Consulting | 002 | 4,500.00 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Madris Consulting | Payment: Madris Consulting | 003 | 4,500.00 | 1072 - Bill.com Money Out Clearing |
| 04 Dec 2025 | Rippling | Payment: Rippling | | 5,000.00 | 1000 - Mercury Checking ••2537 |
| 27 Feb 2026 | Ascent CFO Solutions, LLC | Payment: Ascent CFO Solutions, LLC | 14309 | 5,073.75 | Australia Administration |
| 02 Dec 2025 | Madris Consulting | Payment: Madris Consulting | 001 | 6,000.00 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Ascent CFO Solutions, LLC | Payment: Ascent CFO Solutions, LLC | 14174 | 7,225.00 | 1072 - Bill.com Money Out Clearing |
| 18 Dec 2025 | Rahger That LLC | Payment: Rahger That, LLC | 002 | 8,743.54 | 1072 - Bill.com Money Out Clearing |
| 30 Dec 2025 | Rahger That LLC | Payment: Rahger That, LLC | 003 | 8,743.54 | 1072 - Bill.com Money Out Clearing |
| 16 Dec 2025 | Mango Technologies, Inc. | Payment: Mango Technologies, Inc. | INV57202 | 8,875.95 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Rahger That LLC | Payment: Rahger That, LLC | 004 | 9,173.24 | 1072 - Bill.com Money Out Clearing |
| 16 Dec 2025 | Ascent CFO Solutions, LLC | Payment: Ascent CFO Solutions, LLC | 14036 | 11,126.25 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Thelemata LLC | Payment: Thelemata, LLC | 007 | 15,000.00 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Bruce Brenkus | Payment: bruce brenkus | 3172 | 15,000.00 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Aasma Shopoff * | Payment: Aasma Shopoff * | 005 | 16,625.00 | 1072 - Bill.com Money Out Clearing |
| 16 Dec 2025 | Bruce Brenkus | Payment: bruce brenkus | 3163 | 18,300.00 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Aasma Shopoff * | Payment: Aasma Shopoff * | 004 | 31,500.00 | 1072 - Bill.com Money Out Clearing |
| 23 Jan 2026 | Armada Labs | Payment: Armada Labs | 6300 | 86,152.00 | 1072 - Bill.com Money Out Clearing |
| 10 Feb 2026 | Armada Labs | Payment: Armada Labs | 6318 | 110,020.00 | 1072 - Bill.com Money Out Clearing |
| 16 Dec 2025 | Speedway Globe, LLC | Payment: Speedway Globe, LLC | 1043 | 200,000.00 | 1072 - Bill.com Money Out Clearing |
| **Total 2000 - Accounts Payable** | | | | **615,827.13** | |
| **Closing Balance** | | | | **0.00** | |
| | | | | | |
| **Total** | | | | **615,827.13** | |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Delaware, Wilmington Division

In re     Ovanti US Inc.                                              Case No.     26-10372-BLS
                                                Debtor(s)             Chapter      7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| For legal services, I have agreed to accept ......................................................... | $ | 20,338.00 |
| Prior to the filing of this statement I have received........................................ | $ | 20,338.00 |
| Balance Due ................................................................................... | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ☒ Debtor         ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☒ Debtor         ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [List other services that counsel has agreed to provide]
          Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 30, 2026                                  /s/ David M. Klauder
*Date*                                          David Klauder
                                                *Signature of Attorney*
                                                Bielli & Klauder
                                                1204 N. King Street
                                                Wilmington, DE 19801
                                                (302) 803-4600   Fax:
                                                dklauder@bk-legal.com
                                                *Name of law firm*

---

# United States Bankruptcy Court
## District of Delaware, Wilmington Division

In re    Ovanti US Inc.                                              Case No.    26-10372-BLS
                                        Debtor(s)                    Chapter     7

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Director & Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March 30, 2026                    /s/ Joshua Quinn
                                           Joshua Quinn/Director & Authorized Representative
                                           Signer/Title

Software Copyright (c) 1996-2026 Best Case, LLC  - www.bestcase.com                                    Best Case Bankruptcy

Aasma Shopoff
559 Liberty Street
San Francisco, CA 94114


Armada Labs
9410 Corkscrew Palms Cir., Ste. 203
Estero, FL 33928


Ascent CFO Solutions
1035 Pearl St, Suite 407
Boulder, CO 80302


Barbara Badelt Ford
28 Kirkwood Road, Unit B
Port Washington, NY 11050


Bruce Brenkus
325 Acker Rd.
Belton, SC 29627


Daniel Crisologo
22215 62nd Avenue NW
Stanwood, WA 98282


Digital Media Innovations LLC
770 North Halsted Street, Suite 501
Chicago, IL 60642


Edison Investment Research
2100 Abacus Avenue
London WB52 0PP GB


Goodwin Proctor
100 Northern Ave.
Boston, MA 02210


Idology Inc.
2300 Windy Ridge Pkwy SE
Atlanta, GA 30339


Jacek Serafinski
16311 Wild Mallard Drive
Odessa, FL 33556


John DiSarlo
347 Lakeview Avenue
Rockville Centre, NY 11570


John Lunn dba Gr4vy, Inc.
303 Twin Dolphin Drive
Redwood City, CA 94065


Kim Bratzel
618 Nelson Road
Mount Nelson TAS 7007 Australia

Madris Consulting
Greystones Church Street
Sherborne England DT9 6LG United Kingdom


Mercury Financial Credit Card
P.O. Box 84064
Columbus, GA 31908


Ovanti Limited
481A New South Head Rd.
Double Bay NSW 2028, Australia


Peter Maher
310 Cheyenne Street
Golden, CO 80403


Rahger That LLC
8600 East Alamdea Avenue
Denver, CO 80247


Robert Ortega
1418 Adams, 105
Denver, CO 80206


Ruobing Leng
21B. Birdwood Street
Bentleigh East VIC 3165, Australia


Senler Studio LLC
5255 Winthrop Ave.
Indianapolis, IN 46220


Speedway Globe LLC
5555 Concord Parkway South
Concord, NC 28027


Thelemata LLC
4825 Eagle Rock Circle
Colorado Springs, CO 80918


Thrive Tribe Technologies Limited
Level 57 MLC Center  19-29 Martin Place
Sydney NSW 2000 Australia


Tonka Group Pty Limited
28 Wentworth Street
Dover Heights NSW 2030 Australia


William Murray
90 Players Club Villas Road
Palm Valley, FL 32082


Yiping Zeng
Building 6 Yard 1, Intermediate Peoples
Wuling Avenue, Beihu District, Chenzhou