# United States Bankruptcy Court
## District of Delaware, Wilmington Division

| | | | |
|---|---|---|---|
| In re | Ovanti US Inc. | Case No. | 26-10372-BLS |
| | Debtor(s) | Chapter | 7 |

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Director & Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     March 31, 2026         */s/ Joshua Quinn*

Joshua Quinn/Director & Authorized Representative
Signer/Title