Aasma Shopoff
559 Liberty Street
San Francisco, CA 94114


Armada Labs
9410 Corkscrew Palms Cir., Ste. 203
Estero, FL 33928


Ascent CFO Solutions
1035 Pearl St, Suite 407
Boulder, CO 80302


Barbara Badelt Ford
28 Kirkwood Road, Unit B
Port Washington, NY 11050


Bruce Brenkus
325 Acker Rd.
Belton, SC 29627


Daniel Crisologo
22215 62nd Avenue NW
Stanwood, WA 98282


Digital Media Innovations LLC
770 North Halsted Street, Suite 501
Chicago, IL 60642


Edison Investment Research
2100 Abacus Avenue
London WB52 0PP GB


Goodwin Proctor
100 Northern Ave.
Boston, MA 02210


Idology Inc.
2300 Windy Ridge Pkwy SE
Atlanta, GA 30339


Jacek Serafinski
16311 Wild Mallard Drive
Odessa, FL 33556


John DiSarlo
347 Lakeview Avenue
Rockville Centre, NY 11570


John Lunn dba Gr4vy, Inc.
303 Twin Dolphin Drive
Redwood City, CA 94065


Kim Bratzel
618 Nelson Road
Mount Nelson TAS 7007 Australia

Madris Consulting
Greystones Church Street
Sherborne England DT9 6LG United Kingdom


Mercury Financial Credit Card
P.O. Box 84064
Columbus, GA 31908


Ovanti Limited
481A New South Head Rd.
Double Bay NSW 2028, Australia


Peter Maher
310 Cheyenne Street
Golden, CO 80403


Rahger That LLC
8600 East Alamdea Avenue
Denver, CO 80247


Robert Ortega
1418 Adams, 105
Denver, CO 80206


Ruobing Leng
21B. Birdwood Street
Bentleigh East VIC 3165, Australia


Senler Studio LLC
5255 Winthrop Ave.
Indianapolis, IN 46220


Speedway Globe LLC
5555 Concord Parkway South
Concord, NC 28027


Thelemata LLC
4825 Eagle Rock Circle
Colorado Springs, CO 80918


Thrive Tribe Technologies Limited
Level 57 MLC Center  19-29 Martin Place
Sydney NSW 2000 Australia


Tonka Group Pty Limited
28 Wentworth Street
Dover Heights NSW 2030 Australia


William Murray
90 Players Club Villas Road
Palm Valley, FL 32082


Yiping Zeng
Building 6 Yard 1, Intermediate Peoples
Wuling Avenue, Beihu District, Chenzhou