**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OVANTI US INC.,<br><br>             Debtor. | Chapter 7<br><br>Case No. 26-10372 (BLS) |

**CERTIFICATE OF SERVICE**

       I, David M. Klauder, certify that on March 31, 2026, I caused a true and correct copy of the *Voluntary Petition for Non-Individuals Filing for Bankruptcy* to be served via First Class U.S. Mail upon the new creditor parties on the attached Service List.

Dated: March 31, 2026                   **BIELLI & KLAUDER, LLC**
Wilmington, Delaware

                                   */s/ David M. Klauder*
                                   David M. Klauder, Esq. (No. 5769)
                                   1204 N. King Street
                                   Wilmington, DE 19801
                                   Phone: 302-803-4600
                                   dklauder@bk-legal.com

                                   *Counsel to George L. Miller,*
                                   *Chapter 7 Trustee*