## SERVICE LIST

Aasma Shopoff
559 Liberty Street
San Francisco, CA 94114

Ascent CFO Solutions
1035 Pearl St, Suite 407
Boulder, CO 80302

Barbara Badelt Ford
28 Kirkwood Road, Unit B
Port Washington, NY 11050

Edison Investment Research
2100 Abacus Avenue
London WB52 0PP GB

Jacek Serafinski
16311 Wild Mallard Drive
Odessa, FL 33556

John DiSarlo
347 Lakeview Avenue
Rockville Centre, NY 11570

Mercury Financial Credit Card
P.O. Box 84064
Columbus, GA 31908

Peter Maher
310 Cheyenne Street
Golden, CO 80403

William Murray
90 Players Club Villas Road
Palm Valley, FL 32082