# Notice Recipients

| District/Off: 0311−1 | User: admin | Date Created: 04/29/2026 |
|---|---|---|
| Case: 26−10372−BLS | Form ID: van043 | Total: 39 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
20551966   AWS
20551962   Aasma Shopoff
20551965   Attlassian
20551973   Github

TOTAL: 4

**Recipients of Notice of Electronic Filing:**
ust       U.S. Trustee       USTPRegion03.WL.ECF@USDOJ.GOV
aty       David M. Klauder       dklauder@bk−legal.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Ovanti US Inc.       750 Lexington Ave.       New York, NY 10022
tr          George L. Miller       1628 John F. Kennedy Blvd.       Suite 950       Philadelphia, PA 19103−2110
20574929   Aasma Shopoff 559 Liberty Street San Francisco,       Chenzhou Hunan Province 423000 China
20551963   Armada Labs       9410 Corkscrew Palms Cir., Ste. 203       Estero, FL 33928
20551964   Ascent CFO Solutions       1035 Pearl St, Suite 407       Boulder, CO 80302
20551967   Barbara Badelt Ford       28 Kirkwood Road, Unit 8       Port Washington, NY 11050
20551968   Bruce Brenkus       325 Acker Rd.       Belton, SC 29627
20551969   Cogency Global       122 E. 42 St., 18th Floor       New York, NY 10168
20551970   Daniel Crisologo       22215 62nd Avenue NW       Stanwood, WA 98282
20551994   Department of Labor       Division of Unemployment Insurance       P.O. Box 9953       Wilmington, DE 19809
20551971   Digital Media Innovations LLC       770 North Halsted Street, Suite 501       Chicago, IL 60642
20551972   Edison Investment Research       2100 Abacus Avenue       London WB52 0PP GB
20551974   Goodwin Proctor       100 Northern Ave.       Boston, MA 02210
20551975   Google Cloud       Idology Inc.       2300 Windy Ridge Pkwy SE       Atlanta, GA 30339
20692605   Idology Inc.       300 Windy Ridge Pkwy SE       Atlanta, GA 30339
20551976   Jacec Serafinski       16311 Wild Mallard Drive       Odessa, FL 33556
20551977   John Disarlo       347 Lakeview Avenue       Rockville Centre, NY 11570
20551978   John Lunn dba Gr4vy, Inc.       303 Twin Dolphin Drive       Redwood City, CA 94065
20551979   Kim Bratzel       618 Nelson Road       Mount Nelson TAS 7007 Australia
20551980   Madris Consulting       Greystones Church Street       Sherborne England DT9 6LG United Kingdom
20551981   Mercury Credit Card       Card Services, PO Box 84064       Columbus, GA 31908
20551982   Ovanti Limited       481A New South Head Rd.       Double Bay NSW 2028, Australia
20551983   Peter Maher       Rahger That LLC       8600 East Alamdea Avenue       Denver, CO 80247
20551984   Robert Ortega       1418 Adams, 105       Denver, CO 80206
20551985   Ruobing Leng       21B. Birdwood Street       Bentleigh East VIC 3165, Australia
20551986   Senler Studio LLC       5255 Winthrop Ave.       Indianapolis, IN 46220
20551987   Speedway Globe LLC       5555 Concord Parkway South       Concord, NC 28027
20551993   State of Delaware       Division of Revenue       820 N. French Street, 8th Floor       Wilmington, DE 19801−0820
20551988   Thelemata LLC       4825 Eagle Rock Circle       Colorado Springs, CO 80918
20551989   Thrive Tribe Technologies Limited       Level 57 MLC Center 19−29 Martin Place       Sydney NSW 2000 Australia
20551990   Tonka Group Pty Limited       28 Wentworth Street       Dover Heights NSW 2030 Australia
20551991   William Murray       90 Players Club Villas Road       Palm Valley, FL 32082
20551992   Yiping Zeng       Building 6 Yard 1, Intermediate Peoples       Wuling Avenue, Beihu District, Chenzhou

TOTAL: 33