# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                       **Chapter:** 7
Ovanti US Inc.

750 Lexington Ave.
New York, NY 10022
 **EIN:** 33–2818315                               **Case No.:** 26–10372–BLS

### NOTICE THAT THERE ARE ASSETS FROM
### WHICH A DIVIDEND MIGHT POSSIBLY BE PAID TO CREDITORS

**YOU ARE HEREBY NOTIFIED** that there are assets from which a dividend might possibly be paid to creditors.

In order to share in any distribution, a creditor must file a proof of claim with the Clerk of the Bankruptcy Court. Claims must be filed within ninety (90) days after service of this notice.

For governmental entities, the proof of claim deadline shall be the longer of one–hundred eighty (180) days after the petition was filed or ninety (90) days after this Notice of Assets is served or as otherwise provided in the Federal Rules. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court – District of Delaware website at (http://www.deb.uscourts.gov), and click on the "Programs & Services" tab – Claims Information.

Late filed claims may be paid after timely filed claims and therefore may not share ratably in any distribution from the debtor's estate.

Stephen L Grant, Clerk of Court

Dated: 4/29/26
(VAN–043)

United States Bankruptcy Court

District of Delaware

In re:                                                                                    Case No. 26-10372-BLS

Ovanti US Inc.                                                                    Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                          User: admin                                Page 1 of 2

Date Rcvd: Apr 29, 2026                     Form ID: van043                          Total Noticed: 31

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ovanti US Inc., 750 Lexington Ave., New York, NY 10022-1200 |
| 20574929 | | Aasma Shopoff 559 Liberty Street San Francisco,, Chenzhou Hunan Province 423000 China |
| 20551963 | + | Armada Labs, 9410 Corkscrew Palms Cir., Ste. 203, Estero, FL 33928-6425 |
| 20551964 | + | Ascent CFO Solutions, 1035 Pearl St, Suite 407, Boulder, CO 80302-5127 |
| 20551967 | + | Barbara Badelt Ford, 28 Kirkwood Road, Unit 8, Port Washington, NY 11050-1437 |
| 20551968 | + | Bruce Brenkus, 325 Acker Rd., Belton, SC 29627-8376 |
| 20551969 | + | Cogency Global, 122 E. 42 St., 18th Floor, New York, NY 10168-1899 |
| 20551970 | + | Daniel Crisologo, 22215 62nd Avenue NW, Stanwood, WA 98292-9040 |
| 20551974 | + | Goodwin Proctor, 100 Northern Ave., Boston, MA 02210-1982 |
| 20551975 | + | Google Cloud, Idology Inc., 2300 Windy Ridge Pkwy SE, Atlanta, GA 30339-8562 |
| 20692605 | | Idology Inc., 300 Windy Ridge Pkwy SE, Atlanta, GA 30339 |
| 20551976 | + | Jacek Serafinski, 16311 Wild Mallard Drive, Odessa, FL 33556-5433 |
| 20551977 | + | John Disarlo, 347 Lakeview Avenue, Rockville Centre, NY 11570-3015 |
| 20551978 | + | John Lunn dba Gr4vy, Inc., 303 Twin Dolphin Drive, Redwood City, CA 94065-1497 |
| 20551979 | | Kim Bratzel, 618 Nelson Road, Mount Nelson TAS 7007 Australia |
| 20551980 | | Madris Consulting, Greystones Church Street, Sherborne England DT9 6LG United Kingdom |
| 20551982 | | Ovanti Limited, 481A New South Head Rd., Double Bay NSW 2028, Australia |
| 20551983 | + | Peter Maher, Rahger That LLC, 8600 East Alamdea Avenue, Denver, CO 80247-1101 |
| 20551984 | + | Robert Ortega, 1418 Adams, 105, Denver, CO 80206-2638 |
| 20551985 | | Ruobing Leng, 21B. Birdwood Street, Bentleigh East VIC 3165, Australia |
| 20551986 | + | Senler Studio LLC, 5255 Winthrop Ave., Indianapolis, IN 46220-3573 |
| 20551987 | + | Speedway Globe LLC, 5555 Concord Parkway South, Concord, NC 28027-4600 |
| 20551988 | + | Thelemata LLC, 4825 Eagle Rock Circle, Colorado Springs, CO 80918-3928 |
| 20551989 | | Thrive Tribe Technologies Limited, Level 57 MLC Center 19-29 Martin Place, Sydney NSW 2000 Australia |
| 20551990 | | Tonka Group Pty Limited, 28 Wentworth Street, Dover Heights NSW 2030 Australia |
| 20551991 | + | William Murray, 90 Players Club Villas Road, Palm Valley, FL 32082-3117 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BGLMILLER | Apr 30 2026 00:16:00 | George L. Miller, 1628 John F. Kennedy Blvd., Suite 950, Philadelphia, PA 19103-2110 |
| 20551994 | + | Email/Text: michael.brittingham@delaware.gov | Apr 29 2026 20:17:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 20551971 | + | Email/Text: stephanie.banks@notified.com | Apr 29 2026 20:17:00 | Digital Media Innovations LLC, 770 North Halsted Street, Suite 501, Chicago, IL 60642-5999 |
| 20551981 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 29 2026 20:17:00 | Mercury Credit Card, Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 20551993 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Apr 29 2026 20:17:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |

TOTAL: 5

District/off: 0311-1                         User: admin                                   Page 2 of 2

Date Rcvd: Apr 29, 2026                      Form ID: van043                          Total Noticed: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20551966 | | AWS |
| 20551962 | | Aasma Shopoff |
| 20551965 | | Attlassian |
| 20551972 | | Edison Investment Research, 2100 Abacus Avenue, London WB52 0PP GB |
| 20551973 | | Github |
| 20551992 | | Yiping Zeng, Building 6 Yard 1, Intermediate Peoples, Wuling Avenue, Beihu District, Chenzhou |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026                  Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David M. Klauder | on behalf of Debtor Ovanti US Inc. dklauder@bk-legal.com  DE17@ecfcbis.com |
| George L. Miller | gmiller@mctllp.com  lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 3