## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Ovanti US Inc.<br><br><div align="center">Debtor.</div> | Chapter 7<br><br>Case No. 26-10398-(KBO)<br><br><br>**Hearing Date: June 24, 2026 at 9:15 am (ET)**<br>**Objection Deadline: June 17, 2026 at 4:00 pm**<br>**(ET** |

## NOTICE OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS

**PLEASE TAKE NOTICE** that George L. Miller, the Chapter 7 Trustee of the estate of the above-captioned Debtor, has filed the **Application of Chapter 7 Trustee to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** any responses or objections to the Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel by email on or before **June 17, 2026 at 4:00 pm (ET).**

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed and served in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Application without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, a hearing on the Application will be held on **June 24, 2026 at 9:15 am (ET)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, via Zoom.

Dated: May 21, 2026

George L. Miller
Chapter 7 Trustee
1628 John F. Kennedy Blvd., Suite 950
Philadelphia, PA 19103
Telephone (215) 561-0950
Email: gmiller@mctllp.com