IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Ovanti US Inc.<br><br>           Debtor. | Chapter 7<br><br>Case No. 26-10372 (BLS)<br><br>**Hearing Date: June 24, 2026 at 9:15 am (ET)**<br>**Objection Deadline: June 17 2026 at 4:00 pm**<br>**(ET)** |

**DECLARATION OF MATTHEW R, TOMLIN, CPA, IN SUPPORT OF THE
APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY
MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY
CONSULTANTS, EFFECTIVE AS OF MAY 18, 2026**

I, Matthew R. Tomlin, CPA, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner with the firm of Miller Coffey Tate LLP ("MCT"), Certified Public Accountants and Consultants, with offices at Eight Penn Center, Suite 950, 1628 John F. Kennedy Boulevard, Philadelphia, Pennsylvania, 19103, and I am authorized to execute this Declaration on behalf of MCT.

2. I do not believe that I, nor any member of MCT, holds or represents any interest adverse to the Trustee or the Debtor's estates.

3. I have reviewed the *Application of Chapter 7 Trustee to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, effective as of May 18, 2026* (the "Application"), to which this Declaration is attached, and am aware of the statements contained therein, which statements are true and correct to the best of my knowledge information and belief.

4. Disclosure with respect to whether or not MCT has or has had "connections" with the Debtor's estates, creditors, or other parties-in-interest, their respective attorneys or accountants, insofar as I have been able to ascertain, is set forth below:

    a. MCT has compared the parties identified on **Schedule 1** to the list of MCT's current and former engagements and clients. No connections were found, except as noted in this Declaration.

b.  MCT may have appeared and may appear in the future in other cases unrelated to the Debtor's estates where the Debtor's counsel, creditors or other parties-in-interest herein, or their representatives, may be involved.

c.  To the extent that MCT discovers any connection with any interested party or enters into any new relationship with any interested party, MCT will promptly supplement its disclosure to the Court.

d.  The Trustee is a partner and employed as an accountant by MCT. The Trustee will not provide any accounting services as an MCT employee related to this bankruptcy case.

e.  To the best of my knowledge, information and belief, neither I nor any personnel of MCT is a relative of any judges who serve at the United States Bankruptcy Court for the District of Delaware, including Judge Brendan L. Shannon, the presiding judge in this case.

f.  To the best of my knowledge, information and belief, neither I nor any personnel of MCT is neither a relative of the United States Trustee for the District of Delaware or any personnel of Office of the United States Trustee for the District of Delaware.

5.  MCT is a disinterested person within the meaning of section 101(14) of the Bankruptcy Code.

6.  Except as otherwise set forth in the Application and Declaration, MCT has no connection with the Debtor, any creditor or any other party in interest, their respective attorneys or accountants, or with the United States Trustee or any person employed in the office of the United States Trustee.

MILLER COFFEY TATE LLP

Dated: May 21, 2026

/s/ Matthew R. Tomlin
Matthew R. Tomlin, CPA
Eight Penn Center, Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, Pennsylvania 19103
Telephone: (215) 561-0950

**Schedule 1**
**Listing of Parties for Conflict Check**
**Potential Parties in Interest**

**Debtor:**
Ovanti US Inc.

**Debtor Counsel:**
Bielli & Klauder, LLC

**Directors and Officers**
Joshua Quinn, Sole Director

**Creditors/Interested Parties Known To Date:**

| | |
|---|---|
| Aasma Shopoff | John Lunn dba Gr4vy, Inc. |
| Armada Labs | Kim Bratzel |
| Ascent CFO Solutions | Madris Consulting |
| Attlassian | Mercury Financial Credit Card |
| AWS | Ovanti Limited |
| Barbara Badelt ForD | Peter Maher |
| Bruce Brenkus | Rahger That LLC |
| Cogency Global | Robert Ortega |
| Daniel Crisologo | Ruobing Leng |
| Department of Labor | Senler Studio LLC |
| Digital Media Innovations LLC | Speedway Glove LLC |
| Edison Investment Research | State of Delaward |
| Github | Thelemata LLC |
| Goodwin Proctor | Thrive Tribe Technologies Limited |
| Google Cloud | Tonak Group Pty Limited |
| Idology Inc. | William Murray |
| Jacek Serafinski | Yiping Zeng |
| John Disarlo | |

**Office of the United States Trustee**
**Region 3 - Wilmington DE - Staff Directory**

| | |
|---|---|
| Andrew R. Vara | United States Trustee |
| Joseph McMahon | Assistant U.S. Trustee |
| Lauren Attix | Paralegal Specialist |
| Malcolm M. Bates | Trial Attorney |
| Fang Bu | Trial Attorney |
| Linda Casey | Trial Attorney |
| Joseph Cudia | Trial Attorney |
| Holly Dice | Auditor |
| Shakima L. Dortch | Paralegal Specialist |
| Timothy J. Fox, Jr. | Trial Attorney |
| Michael Girello | Paralegal Specialist |
| Christine Green | Paralegal Specialist |
| Benjamin Hackman | Trial Attorney |
| Nyanquoi Jones | Auditor |
| Hawa Konde | Auditor |
| Jane Leamy | Trial Attorney |
| Jonathan Lipshie | Trial Attorney |
| Hannah M. McCollum | Trial Attorney |
| Jonathan Nyaku | Auditor |
| James R. O'Malley | Auditor |
| Linda Richenderfer | Trial Attorney |
| Edith A. Serrano | Paralegal Specialist |
| Elizabeth Thomas | Paralegal Specialist |
| Dion Wynn | Paralegal Specialist |

**Bankruptcy Judges**
**United States Bankruptcy Court**
**District of Delaware**

The Honorable Karen B. Owens
The Honorable Laurie Selber Silverstein
The Honorable Craig T. Goldbatt
The Honorable Thomas M. Horan
The Honorable Brendan L. Shannon
The Honorable J. Kate Stickles
The Honorable Mary F. Walrath
The Honorable Ashely M. Chan

**Clerk of the United States Bankruptcy Court**
**District of Delaware**

Una O'Boyle