**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| OVANTI US, INC., | : | Case No. 26-10372-BLS |
|  | : |  |
| Debtor. | : | **Hearing Date:   June 24, 2026 at 9:15 a.m. ET** |
|  | : | **Objection Deadline: June 17, 2026 at 4:00 p.m. ET** |
|  | : |  |

**NOTICE OF HEARING ON APPLICATION OF THE CHAPTER 7**
**TRUSTEE FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION**
**OF CIARDI CIARDI & ASTIN AS COUNSEL NUNC PRO TUNC TO MAY 1, 2026**

**PLEASE TAKE NOTICE** that on June 10, 2026 George L. Miller, chapter 7 trustee (the "Trustee") in the above-captioned case, filed the application (the "Application") for entry of an order authorizing the employment and retention of Ciardi Ciardi & Astin as counsel pursuant to Sections 327(a) and 328 of Title 11 of the United States Code as amended, 11 U.S.C. §§ 101-1532, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You are being served a copy of the Application in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be made in writing, filed with the Bankruptcy Court, and served upon, so as to be actually received by, the undersigned proposed counsel to the Trustee, on or before **June 17, 2026 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Application may be held before the Honorable Brendan L. Shannon in the Bankruptcy Court, 824

Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801, on **June 24, 2026 at 9:15**

**A. M.**

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed in accordance

with the procedures described above, the Bankruptcy Court may enter an order without further

notice or hearing.

Dated:  June 10, 2026                                    CIARDI CIARDI & ASTIN
            Wilmington, Delaware

                                                          */s/ John D. McLaughlin, Jr.*
                                                          John D. McLaughlin, Jr. (No. 4123)
                                                          Ciardi Ciardi & Astin
                                                          1204 N. King Street
                                                          Wilmington, DE  19801
                                                          Telephone:  484-437-2676
                                                          Email:  jmclaughlin@ciardilaw.com


                                                           -and-

                                                          Albert A. Ciardi, III, Esquire
                                                          Walter W. Gouldsbury III, Esquire
                                                          1905 Spruce Street
                                                          Philadelphia, PA 19103
                                                          (215) 557-3550 telephone
                                                          (215) 557-3551 facsimile
                                                          aciardi@ciardilaw.com
                                                          wgouldsbury@ciardilaw.com

                                                          *Proposed Counsel to George L. Miller, Chapter 7 Trustee*

2