**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| OVANTI US, INC., | : | Case No. 26-10372-BLS |
| | : | |
| Debtor. | : | **Re: D.I. 16** |
| | : | |
| | : | |

**<u>CERTIFICATE OF NO OBJECTION</u>**

On June 9, 2026, the *Application of Chapter 7 Trustee to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants as* (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  Objections to the Application were to be filed and served no later than June 17, 2026.

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application has been received.  The undersigned further certifies that upon review of the Court's docket in this case, no answer, objection or other responsive pleading to the Application appears thereon.

Dated: June 22, 2026          CIARDI CIARDI & ASTIN
      Wilmington, Delaware

*/s/ John D. Mclaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
jmclaughlin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Walter W. Gouldsbury III, Esquire
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

 *Proposed Counsel for*
 *Chapter 7 Trustee*

2