**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| OVANTI US, INC., | Case No. 26-10372-BLS |
| Debtor. | **Re: D.I. _____** |

**ORDER AUTHORIZING THE EMPLOYMENT AND**
**RETENTION OF CIARDI CIARDI & ASTIN AS COUNSEL TO**
**THE CHAPTER 7 TRUSTEE NUNC PRO TUNC TO MAY 1, 2026**

AND NOW, upon consideration of the application of George L. Miller, the chapter 7 trustee (the "Chapter 7 Trustee"), pursuant to Bankruptcy Code sections 327(a) and 328(a) and Federal Rules of Bankruptcy Procedure 2014(a) and 2016 for authority to employ and retain Ciardi Ciardi & Astin ("CC&A") as counsel (the "Application"), and upon the declaration of Albert A. Ciardi (the "Declaration"), a partner of CC&A, which is attached to the Application; and the Court being satisfied based on the representations made in the Application and the Declaration that said attorneys hold no interest adverse to the Debtor's estate with respect to the matters upon which they are to be engaged and are "disinterested persons" as that term is defined in the Bankruptcy Code, and that the employment of CC&A is necessary and would be in the best interests of the estate; and it appearing that the Court has jurisdiction over this matter; and it appearing that due and proper notice of the Application has been given; and after due deliberation, and sufficient cause appearing therefor; it is hereby

ORDERED that the Application is approved, and it is further

ORDERED that the retention of CC&A as counsel to the Chapter 7 Trustee in connection

with the Debtor's chapter 7 case is hereby authorized *nunc pro tunc* to  May 1, 2026.


Dated:  June 23, 2026

BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE

3