**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | : Chapter 7 |
| OVANTI US, INC., | : Case No. 26-10372-BLS |
| Debtor. | : |

**NOTICE OF AGENDA CANCELLING FOR  MATTERS SCHEDULED FOR**
**HEARING ON**
**JUNE 24, 2026  AT 9:15 A.M. ET**

**WITH THE PERMISSION OF THE COURT,**
**THIS HEARING IS CANCELLED**

I.      **RESOLVED MATTERS:**

1.  *Application to Employ Ciardi Ciardi & Astin, Counsel to Chapter 7 Trustee* [Filed 7/10/2026-D.I. 17].

Response Deadline:  June 17, 2026

Responses Received:  None.

Related Documents:

        a.   Certificate of No Objection [Filed June 22, 2026—D.I. 19]

Status:  An order was entered resolving this matter on June 22, 2026.

2.  *Application to Employ Miller Coffey Tate as Accountants and Bankruptcy Consultants to Chapter 7 Trustee* [Filed 6/9/2026-D.I. 16].

Response Deadline:  June 17, 2026

Responses Received:  None.

Related Documents:

1

b.  Certificate of No Objection [Filed June 22, 2026—D.I. 18]

Status:  An order was entered resolving this matter on June 22, 2026.

Dated:  June 23, 2026
        Wilmington, Delaware

CIARDI CIARDI & ASTIN


*/s/ John D. Mclaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302)658-1300 facsimile
jmclaughlin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
(*Admitted pro hac vice)*
Walter W. Gouldsbury III, Esquire
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

*Counsel for Chapter 7
Trustee*